Ana Aracely Lizama RIVAS,
Petitioner,

v.

Loretta E. LYNCH, Attorney
General, Respondent.

No. 13–72713

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted June 8,
2016 Pasadena, California

Filed August 25, 2016

Vera A. Weisz, Weisz Immigration Law Group, Los Angeles, CA, Howard Robert Davis, Law Offices of Howard R. Davis, Santa Monica, CA.

Melissa Katherine Lott, Trial Attorney, M. Jocelyn Lopez Wright, OIL, Washington, DC, Chief Counsel ICE, San Francisco, CA.

Before: KOZINSKI, GOULD, and HURWITZ, Circuit Judges.

### ORDER *

The parties jointly moved to remand to the Board of Immigration Appeals (BIA) for administrative closure. The Joint Motion to Remand is GRANTED, and petitioner's removal is stayed pending a decision by the BIA.

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.